84,285-01

Date - Nov. 24, 2015

Re: Cause No. D1DC10-300142
427th Judicial Dist. Court
David Jollone King

Dear Clerk of the Court of Criminal Appeals.
I wrote you in regard to my lack of confidence in the Travis County District Clerk's duty to timely present my rebuttal to the State's response to my 11.07 application issues to the trial court for review. I believe I wrote you on Nov. 14th, 2015. Writ writers on this unit are telling me that Dallas and Houston Clerk's are withholding issue rebuttal's to the State's response until it is too late; ie. the applicant's and State's documentation has been forwarded to you. Then, it appears to the judge's that the applicant has agreed with the State's position that all issues are without merit because they weren't timely rebutted. How my response to the State's response ended up in the wrong Clerk's hands, or why she failed to recognize that it was a State Habeas Corpus rebuttal product is amazing. Regardless, the LOST time is what is important. I was forewarned this could happen, and it did. That is why I sent YOU a copy of my rebuttal the same time I originally sent it to the District Clerk. I asked if you would save it in a file just in case this happened. As I memntioned brfore when I wrote you; I am quite young and facing a Life without Parole sentence. PLEASE make sure that my rebuttal to the State's response to my issues is added and within my records for the Court of Criminal Appeals review and consideration. In No Way do I want this Court to be of the impression that my issues are excepted by me as meritless.

Signature; David Jollone King

Ferguson Unit
12120 Savage Dr.
Midway, Tx. 75852

TDCJ. No. 1765608

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk